

IN THE
TENTH COURT OF APPEALS

No. 10-16-00125-CV

IN THE INTEREST OF M.R. AND L.G.R., CHILDREN

From the 74th District Court
McLennan County, Texas
Trial Court No. 2015-1337-3

MEMORANDUM OPINION

Candace Rios appealed the trial court's order terminating Rios's parental rights. A motion to dismiss her appeal has now been filed.

Rio's motion is granted. The appeal is dismissed. TEX. R. APP. P. 42.1(a)(1).

Absent a specific exemption, the Clerk of the Court must collect filing fees at the time a document is presented for filing. TEX. R. APP. P. 12.1(b); Appendix to TEX. R. APP. P., Order Regarding Fees (Amended Aug. 28, 2007, eff. Sept. 1, 2007). *See also* TEX. R. APP. P. 5; 10TH TEX. APP. (WACO) LOC. R. 5; TEX. GOV'T CODE ANN. §§ 51.207(b); 51.208; § 51.941(a) (West 2013). Under these circumstances, we suspend the rule and order the Clerk to write off all unpaid filing fees in this case. TEX. R. APP. P. 2. The write-off of the

fees from the accounts receivable of the Court in no way eliminates or reduces the fees

owed.


                              TOM GRAY
                              Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed
Opinion delivered and filed May 19, 2016
[CV06]

